**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000835**
**06-NOV-2019**
**07:58 AM**

NO. CAAP-18-0000835


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


FINANCE FACTORS, LIMITED, a Hawaii corporation,
Plaintiff-Appellee,
v.
KAUANOE MAUNAKEA COELHO, Individually and as Trustee of the
Kauanoe Maunakea Coelho Revocable Living Trust under that certain
unrecorded Trust Agreement dated November 5, 2001,
Defendant-Appellant,
and
CHARLES COELHO JR.; CHARLES COELHO JR., Trustee of the Charles
Coelho Jr. Revocable Living Trust under that certain unrecorded
Trust Agreement dated November 5, 2001; DEUTSCHE BANK NATIONAL
TRUST COMPANY, as Trustee for Argent Securities Inc. Asset Backed
Pass Through Certificates, Series 2004-W5, under the Pooling and
Servicing Agreement dated April 1, 2004; NELSON H. KOYANGI, JR.,
in his official capacity as Director of the Department of Budget
and Fiscal Services, City and County of Honolulu, Real Property
Tax Assessment Division; MARIE E. ZIELINKSI, in her official
capacity as Director of the State of Hawaii Department of
Taxation; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50;
DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL
UNITS 1-50, Defendants


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(Civil No. 15-1-0123)


ORDER
(By: Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation and Order for
Dismissal With Prejudice (**Stipulation**), filed October 22, 2019,
by Plaintiff-Appellee Finance Factors, Ltd., the papers in
support, and the record, it appears that (1) the appeal has
been docketed; (2) the parties stipulate to dismiss the appeal
with prejudice and bear their own attorneys' fees and costs;

(3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; and (4) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, November 6, 2019.

Presiding Judge

Associate Judge

Associate Judge

2